**ORDERED.**

Dated: October 14, 2009

_____
**EILEEN W. HOLLOWELL**
**U.S. Bankruptcy Judge**

DENNIS K. BURKE
United States Attorney
District of Arizona
ELIZABETH A. WILSON
Assistant U.S. Attorney
Arizona State Bar No. 017087
405 W. Congress, Suite 4800
Tucson, Arizona 85701-5040
Telephone: (520) 620-7300
elizabeth.wilson2@usdoj.gov
Attorneys for United States Department of Education

# IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>BRUCE PATRICK MURCHISON,<br><br>Debtor.<br>_____<br><br>BRUCE P. MURCHISON,<br>            Plaintiff,<br><br>v.<br><br>DIRECT LENDING LOAN SERVICING CENTER, THE UNITED STATES OF AMERICA,<br>            Defendants. | In Proceedings Under<br>Chapter 7<br><br>CASE NO: 4:09-bk-05993-EWH<br><br>ORDER<br><br>Adversary No. 4:09-ap-0349 |

    Pursuant to the stipulation of the parties, and good cause appearing,

    IT IS HEREBY ORDERED that the above-captioned adversary proceeding is stayed for ninety (90) days to allow Plaintiff to pursue alternative repayment options.

    IT IS FURTHER ORDERED that all discovery deadlines are extended for nintey (90) days and that the scheduling conference currently set for November 10, 2009 at 10:00 a.m. is hereby vacated.

    Dated this ___ day of _____, 2009.

                             _____
                             Eileen W. Hollowell
                             U.S. Bankruptcy Judge